**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

**FILED**

April 17, 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ **NM** _____
DEPUTY

| | |
|---|---|
| **TANBEER SINGH BRAR,** § | |
| **Plaintiff,** § | |
| § | |
| **v.** § | **NO. SA-26-CV-33-OLG** |
| § | |
| **UNITED STATES OF AMERICA,** § | |
| **Defendant.** § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has considered United States Magistrate Judge Elizabeth S. Chestney's Report and Recommendation (R&R), filed March 30, 2026, concerning the status of this case, which pro se Plaintiff Tanbeer Singh Brar initiated on January 6, 2026. (*See* R&R, Dkt. No. 18.)

This case was automatically referred to a Magistrate Judge for disposition of Plaintiff's application to proceed in forma pauperis (*see* Dkt. No. 1) and for an R&R, in the event that his proposed complaint (*see* Dkt. No. 1-1; Dkt. No. 8) should be dismissed pursuant to 28 U.S.C. § 1915(e). On March 3, 2026, Judge Chestney granted Plaintiff's request to proceed without prepaying costs but, to assist the Court in its review under § 1915(e), ordered him to file a more definite statement of his claims against Defendant. (Dkt. No. 18 at 1.) Starting on March 9, 2026, Plaintiff filed seven separate motions (*see* Dkt. Nos. 10–15; Dkt. No. 17) and one advisory (*see* Dkt. No. 16)—i.e., anything but a "**short and plain**" statement of his claims. (Dkt. No. 7 at 4; *see* Dkt. No. 18 at 2.) The R&R therefore provides that this case should be dismissed pursuant to Federal Rule of Civil Procedure 41(b) for failure to comply with a court order. (*Id.* at 3.)

Any party who desires to object to an R&R must serve and file specific written objections within 14 days after being served with a copy. FED. R. CIV. P. 72(b)(2). Here, a copy of the R&R was mailed by certified mail on March 30, 2026 (*see* Dkt. No. 19) and received by Plaintiff on

April 2, 2026 (*see* Dkt. No. 21). Any objections were therefore due on or before April 16, 2026. Plaintiff filed five additional motions on April 6 (*see* Dkt. Nos. 22–26) and two more on April 10 (*see* Dkt. Nos. 27–28); together, the motions total 587 pages.

Because no "part of the magistrate judge's disposition . . . has been properly objected to," FED. R. CIV. P. 72(b)(3), the Court need only review the R&R for clear error, *see United States. v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989), *cert. denied*, 492 U.S. 918 (1989). *See also Battle v. U.S. Parole Comm'n*, 834 F.2d 419, 421 (5th Cir. 1987) (explaining that frivolous, conclusory, or general objections need not be considered by the district court). Nevertheless, the Court has reviewed the entirety of the R&R de novo and, based on the record and applicable law, finds that it is in all things correct and should be accepted.

Accordingly, the Court **ADOPTS** Judge Chestney's R&R (Dkt. No. 18) and, for the reasons set forth therein, this case is **DISMISSED** for failure to comply with a court order. FED. R. CIV. P. 41(b).

All pending motions are **DISMISSED AS MOOT**.

This case is **CLOSED**.

It is so **ORDERED**.

**SIGNED** on April ____17____, 2026.

_____
ORLANDO L. GARCIA
United States District Judge